# EXHIBIT 4



### *LEATHERSTOCKING COOPERATIVE INSURANCE COMPANY*

*P.O. Box 630, Cooperstown, NY 13326 Phone(607)547-2007 Fax (607)547-2056*

November 10, 2025

Mailed **CERTIFIED AND REGULAR MAIL**

Kinetic Of Clifton Park Inc
PO Box 5224
Clifton Park, NY 12065

> RE: Claim/File Number: 20-2025-1555
> Policy Number: 10-2024-33690
> Insured's Name: Kinetic Of Clifton Park Inc
> Date of Loss: 11/01/2024 "As Reported"
> Type of Loss: Fall Down
> Insured Location: 211 Fellows Road
> Mechanicville, NY 12118

Leatherstocking Cooperative Insurance Company ("Leatherstocking") previously received notice of and has been investigating a loss, which was reported to have occurred on or around 11/01/2024, at the location of 161 S. Main Street in East Windsor CT.   Your policy with Leatherstocking provides coverage for premises located at 211 Fellows Rd., Mechanicville, NY.

For the reasons given below, there is no coverage for the reported loss. Leatherstocking hereby disclaims liability and denies all coverage under the subject policy of insurance for this claim. Leatherstocking declines to make payment to you for the reported loss. The subject policy of insurance issued by Leatherstocking to you consists of various forms and endorsements, which include provisions, exclusions and conditions that determine and restrict coverage. In particular and pertinent part, the policy includes the following terms and provisions:

The Commercial Fire and Liability policy you have with Leatherstocking is specifically for this building and does not cover the business that is listed on the summons, Kinetic Towing. Your policy states the following:

LS-1 ed. 9/02 General Liability
PREMISES AND OPERATIONS LIABILITY INSURANCE

- A.  DEFINITIONS-these definitions apply to this policy:
1.  The words you and your refer to the person or entity named in the Declarations and the words we, us and our refer to the insurance company named in the Declarations

10. Insured means that each of the following is an insured under the conditions and limitations set forth below:

a. if the named insured is an individual, both the individual and his/her spouse are insureds but only with
respect to the conduct of a business of which he/she is the sole proprietor.

b. if the named insured is a partnership or joint venture, any partner or member and their spouses is an insured but only with respect to the conduct of the business.

c. if the named insured is an organization, the executive officers, members of the board of trustees, directors, and governors are insureds while acting within the scope of their duties as officers and directors. Stockholders are also insureds but only with respect to their liability as stockholders.

d. if the named insured is a limited liability company, the members and managers are insureds while acting
within the scope of their duties as members and managers.

e. any person (other than an employee of the named insured) or organization while acting as real estate
manager for the named insured.

f. with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment
registered under any motor vehicle registration law:

1) an employee of the named insured while operating any such equipment in the course of his/her employment; and

2) any other person while operating with the permission of the named insured any such equipment registered in the name of the named insured and any other person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;

provided that no person or organization shall be an insured under this paragraph f. with respect to:

a) bodily injury to any co-employee of the person driving the equipment; or

b) property damage to property owned by, rented to, in charge of or occupied by the named insured or
the employer of any person described in subparagraph 2).

g. each of the following is also an insured:

1) any person or organization having proper temporary custody of your property if you die, but only:

a) with respect to liability arising out of the maintenance or use of that property; and

b) until your legal representative has been appointed.

2) your legal representative if you die, but only with respect to duties as such. That representative will
have all your rights and duties under this General Liability Coverage.

This insurance DOES NOT APPLY to liability arising out of the conduct of any partnership, joint venture, or limited liability company of which the insured is a partner or member and which is not designated in this policy as a named insured.

12. Insured Premises means:
 a. the premises designated in the Declarations including the ways immediately adjoining it on land;
 b. premises transferred by the named insured, including the ways immediately adjoining it on land;  (EXCEPT premises constructed for sale by the named insured);
 c. premises and the ways immediately adjoining it on land in which the named insured acquires ownership or control and insures the premises under this policy within thirty days after the acquisition.

14. Named Insured means the person or entity named in the Declarations

B. PRINCIPAL COVERAGES
Coverage L-Bodily Injury and/or Property Damage.

We provide bodily injury and/or property damage coverage if a limit of liability is shown on the Declarations page, the Supplemental Declaration page or on any endorsement attached to this policy. The bodily injury and/or property damage must be caused by an occurrence. The occurrence must be made against you, the insured of Kinetic of Clifton Park, Inc.  Since the Summons is against Kinetic Towing Inc, Leatherstocking Insurance will not be responding to answer or defend Kinetic of Clifton Park Inc, nor we will respond for Kinetic Towning Inc., as they are not an insured, as defined under the policy.

Kinetic Towing will need to report this to their Commercial Auto Insurance Carrier for consideration.

Leatherstocking Cooperative Insurance Company specifically reserves its right to deny coverage in this matter under any and all coverage provisions, exclusions, definitions, conditions and other terms of the above referenced policy of insurance, whether or not specifically enumerated in this letter. Any activity on our part in the nature of investigation or otherwise does not constitute a waiver of the company's right under
the policy.

"Suit against us." No action shall be brought unless there has been compliance with the policy provision and the action is started within two years after the occurrence causing loss or damage.

According to Regulation 64 of the New York Insurance Department, we are required to inform you of the following when any element of a claim is rejected:

Should you wish to take this matter up with the New York State Department of Financial Services, you may file with the department either on its website at http://www.dfs.ny.govconsumer/fileacomplaint.htm or you may write or visit the Consumer Service Assistance Unit, Financial Frauds and Consumer Protection Division, New York State Department of Financial Services, at: One State Street, New York, NY

10004; One Commerce Plaza, Albany, NY 12257; 163B Mineola Boulevard, Mineola, NY 11501; or Walter J. Mahoney Office Building, 65 Court Street, Buffalo, NY 14202.

Please feel free to contact us with any further questions regarding this loss.
Regards,

Sonya Pagillo-Rodriguez

*Sonya Pagillo*

Claims Assistant
Leatherstocking Cooperative Insurance Company
General Phone: 607-547-2007
Claims Line: 607-282-4801
Fax: 607-547-2056
Email: spagillorodriguez@leatherstockinginsurance.com

cc:     Eric Greenaway
        Kinetic Towing Inc.
        Bert McDowell Injury Law
        OneGroup -OGC