**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

PROGRESSIVE CASUALTY INSURANCE
COMPANY                    :

                         Plaintiff        CIVIL ACTION

     v.

                                   NO. 3:26-cv-00145-KAD

KINETIC OF CLIFTON PARK INC.

ERIC GREENAWAY

TAMEKA BAILEY

LEATHERSTOCKING COOPERATIVE
INSURANCE COMPANY

                         Defendants

<u>**APPEARANCE OF COUNSEL**</u>

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendant, Leatherstocking Cooperative Insurance Company.

**DATED**: MARCH 2, 2026                         MARSHALL DENNEHEY PC

                                           By: /s/ CT 30438
                                           Adam J. Tusia, Esq.
                                           700 State Street
                                           Suite 303
                                           New Haven, CT 06511
                                         Tel: 203-714-4572
                                         Email: ajtusia@mdwcg.com

                                         *Attorney for Defendant*
                                         ***Leatherstocking Cooperative
                                         Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing Appearance of Counsel was served this date, via the Court's electronic filing system, to all counsel of record.

By: /s/ CT 30438
Adam J. Tusia, Esq.